UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **NASIR KHAN,** | § | |
| | § | |
| Plaintiff/Counter and Third-Party Defendant, | § § § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00033-O |
| | § | |
| **ISOTHERM, INC.,** | § § | |
| | § | |
| Defendant/Counter and Third-Party Plaintiff, | § § § | |
| | § | |
| v. | § § | |
| | § | |
| **KASHIF KHAN and CHEMTED, INC.,** | § § | |
| | § | |
| Third-Party Defendants/Counter Plaintiffs. | § § § | |

## ORDER

Before the Court is Isotherm Inc.'s Motion to Dismiss (ECF No. 42), filed March 1, 2022. The Court **ORDERS** Nasir Khan, Kashif Khan, and Chemted LLC to file a response to the motion no later than **Friday, March 4**. Alternatively, the parties may file appropriate dismissal papers—a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or an agreed motion with corresponding proposed order under Federal Rule of Civil Procedure 41(a)(2)—by the same day. If the parties fail to comply with this order, the Court will require counsel to show cause as to why they should not be sanctioned.

**SO ORDERED** on this **2nd day** of **March, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE